UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE DARLENE GAZZANO, | No. 2:11-cv-0868 DAD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | |
| Defendant. | |

On December 19, 2014, this matter came before the undersigned for hearing of plaintiff's motion to compel. Attorney Robert Weems appeared in person on behalf of the plaintiff and attorney Lynn Harada appeared telephonically on behalf of the defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (Dkt. No. 21) is granted; and

2. Defendant shall lodge a copy of the last administrative decision with the court within 30 days of the date of this order.

Dated: December 19, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6