BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE DARLENE GAZZANO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:11-cv-00868-DAD<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record and with the approval of the Court, that this action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to obtain supplemental evidence from a vocational expert to determine whether jobs exist in

significant numbers in the national economy that Plaintiff can perform considering her age, education, work experience, and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: July 14, 2015        */s/ Lynn M. Harada for Robert Weems*\_\_\_\_
                            (*as authorized via email on 7/13/15)
                            ROBERT WEEMS
                            Attorney for Plaintiff


Dated: July 14, 2015        BENJAMIN B. WAGNER
                            United States Attorney
                            DONNA L. CALVERT
                            Regional Chief Counsel, Region IX
                            Social Security Administration

                     By:    /s/ *Lynn M. Harada*
                            LYNN M. HARADA
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant

Stip. and Prop. Order for Remand; 2:11-cv-00868-DAD

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: July 17, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
gazzano0868.stip.remand.ord.docx